In the Matter of ANONYMOUS, an Applicant for Admission to the Bar.

Decided December 17, 2009

Reported below, 61 AD3d 1214.

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.

ASTORIA FEDERAL SAVINGS & LOAN ASSOCIATION/FIDELITY NEW YORK FSB, Respondent, v MARILYN LANE, Appellant, and FRANCES TURNER et al., Intervenors-Respondents.

Submitted November 16, 2009; decided December 17, 2009

Reported below, 64 AD3d 454.

Motion for reargument of motion for leave to appeal denied [*see* 13 NY3d 808 (2009)].